IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI RAYBURN,<br><br>        Plaintiff,<br><br>  v.<br><br>GYMBOREE PLAY PROGRAMS, INC. and GYMBOREE OF VALENCIA,<br><br>        Defendants.<br>_____/ | No. C 11-04386 CRB<br><br>**ORDER GRANTING MOTION TO DISMISS** |

    For the reasons stated in open court, the Defendants' Motion to Dismiss is GRANTED without prejudice. Plaintiff has twenty (20) days to file an amended complaint.

**IT IS SO ORDERED.**

Dated: June 8, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2011\4386\Order re MTD.wpd