1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   HEIDI RAYBURN,                          No. C 11-04386 CRB

12              Plaintiff,                    **ORDER GRANTING MOTION FOR
                                              ADMINISTRATIVE RELIEF TO FILE
13        v.                                  SURREPLY**

14   GYMBOREE PLAY PROGRAMS, INC. and
     GYMBOREE OF VALENCIA,
15
                Defendants.
16   _____/

17

18        Plaintiff moves for administrative relief to file a surreply to Defendant Gymboree Play

19   Programs, Inc.'s Reply in Support of its Motion to Dismiss Plaintiff's First Amended

20   Complaint (dkt. 43), arguing in pertinent part that Defendant's brief raised significant new

21   arguments meriting a response.  See Admin. Mot. (dkt. 44).  Good cause appearing therefore,

22   the Court GRANTS Plaintiff's motion and accepts Exhibit A of Plaintiff's motion as the

23   surreply.  The Court further grants both defendants leave to submit a response to Plaintiff's

24   surreply, if they wish to supplement the arguments already made in Defendant Gymboree

25   Play Programs, Inc.'s response to Plaintiff's administrative motion (dkt. 49), of no more than

26   //

27   //

28   //
     //

**United States District Court**
**For the Northern District of California**

5 pages, by **5:00 p.m. on August 21, 2012**.

       **IT IS SO ORDERED.**

Dated: August 17, 2012

                           CHARLES  R. BREYER
                           UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California