IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI RAYBURN,<br><br>    Plaintiff,<br><br>  v.<br><br>GYMBOREE PLAY PROGRAMS, INC. and GYMBOREE OF VALENCIA,<br><br>    Defendants._____/ | No. C 11-04386 CRB<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF TO FILE SURREPLY** |

      Plaintiff moves for administrative relief to file a surreply to Defendant Gymboree Play Programs, Inc.'s Reply in Support of its Motion to Dismiss Plaintiff's First Amended Complaint (dkt. 43), arguing in pertinent part that Defendant's brief raised significant new arguments meriting a response. See Admin. Mot. (dkt. 44). Good cause appearing therefore, the Court GRANTS Plaintiff's motion and accepts Exhibit A of Plaintiff's motion as the surreply. The Court further grants both defendants leave to submit a response to Plaintiff's surreply, if they wish to supplement the arguments already made in Defendant Gymboree Play Programs, Inc.'s response to Plaintiff's administrative motion (dkt. 49), of no more than

//
//
//
//

1 | 5 pages, by **5:00 p.m. on August 21, 2012**.
2 |     **IT IS SO ORDERED.**
5 | Dated: August 17, 2012      CHARLES R. BREYER
     UNITED STATES DISTRICT JUDGE