JEFFER MANGELS BUTLER & MITCHELL LLP
MARTIN H. ORLICK SBN. 083908 mho@jmbm.com
MATTHEW S. KENEFICK, SBN 227298 msk@jmbm.com
Two Embarcadero Center, Fifth Floor
San Francisco, California 94111-3824
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant, Gymboree Play Programs, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI RAYBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GYMBOREE PLAY PROGRAMS, INC., and GYMBOREE OF VALENCIA,<br><br>Defendants. | CASE NO. CV 11-4386 CRB<br><br>**(PROPOSED) ORDER GRANTING STIPULATED REQUEST FOR EARLY SETTLEMENT CONFERENCE BEFORE THE HONORABLE JOSEPH C. SPERO**<br><br>**LOCAL ADR RULE 7-3** |

Upon stipulation of the parties, and good cause appearing, the Court hereby orders that this Action is and shall be assigned to the Honorable Joseph C. Spero for the purpose of conducting and participating in an Early Settlement Conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 17, 2012

_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

- 1 -  (Proposed) ORDER GRANTING STIPULATED REQUEST FOR EARLY SETTLEMENT CONFERENCE
CASE NO. CV 11-4386 CRB