# JMBM | Jeffer Mangels Butler & Mitchell LLP

Martin H. Orlick
Direct: (415) 984-9667
MOrlick@jmbm.com

1900 Avenue of the Stars, 7th Floor
Los Angeles, California 90067-4308
(310) 203-8080  (310) 203-0567 Fax
www.jmbm.com

Ref: 72274-0001

September 18, 2012

**VIA ECF-FILING**

The Honorable Joseph C. Spero
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

       Re:    Heidi Rayburn v. Gymboree Play Programs, Inc., et al.
               Northern District of California Case No. CV11-4386

Your Honor:

      I represent defendant Gymboree Play Programs, Inc. in the above referenced action. The Early Settlement Conference is set for October 3, 2012. This letter requests that my client be granted a brief extension of time to submit its Settlement Conference Statement to Friday, September 21, 2012. Due to a family emergency in Chicago, I have unexpectedly been away from the office for two weeks and only just returned. I understand that the Settlement Conference Statement is due by 3:00 p.m. on Wednesday September 19, 2012, but in order to give my client's statement the full attention it deserves, I am requesting this brief extension.

Dated: 9/19/12

Respectfully submitted,

MARTIN H. ORLICK of
Jeffer Mangels Butler & Mitchell LLP

IT IS SO ORDERED
Judge Joseph C. Spero

MHO:eap

cc:    All counsel via ecf notification
        Clients