

LEE WM. ATKINSON | ANDY DOGALI | ZALA L. FORIZS
SCOTT J. GIVENS | JAMES K. HICKMAN | JACQUELINE H. PALIK
BARBARA U. UBEROI+ | TIMOTHY D. WOODWARD*

OF COUNSEL:
HOPE G. DOGALI
KELLEAN K. TRUESDELL

ANDY DOGALI
E: ADOGALI@FORIZS-DOGALI.COM

+ADMITTED IN CA ONLY
·ALSO ADMITTED IN NY

REPLY TO: TAMPA

*BOARD CERTIFIED IN CONSTRUCTION LAW

September 19, 2012

**VIA ECF FIILING**

Honorable Joseph C. Spero
U.S. District Court-Northern Dist of CA-San Francisco
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:   *Rayburn v. Gymboree, et al*
           Case No. 11-CV-4386-CRB

Dear Judge Spero:

    I represent plaintiff Heidi Heinrich nee Rayburn in this action and write in response to Mr. Orlick's correspondence and your order thereon. Though I have no objections to Mr. Orlick's request to extend time to provide Gymboree Play Programs, Inc. settlement conference statement, I request that you allow all of the parties including Ms. Rayburn and Gymboree of Valencia to continue the deadline to serve their settlement conference statements to Friday, September 21. I make this request for two reasons.

    First, the Settlement Conference Order entered by you on September 5, 2012 contemplates and encourages the parties to exchange their settlement conference statements. The order further allows the parties to submit additional confidential letters to the Court after receipt of the first statements. Since Mr. Orlick's deadline for submission has been continued, the remaining parties are prejudiced in that they will not receive his client's statement until Friday and cannot prepare second responses until after that date. Meanwhile, Mr. Orlick has additional time to review the other party's statements and prepare his clients settlement conference statement and responsive statements addressing issued raised by the other parties.

    Second, like Mr. Orlick, I have been travelling for an extended period of time and have only returned to my office today. Through no lack of concern or diligence, I find myself up against the deadline and would greatly appreciate the brief relief. In all likelihood I will not be able to lodge Ms. Rayburn's statement with the Court's chambers by the end of your day.

    For the foregoing reasons, I ask that Your Honor extend the time for all parties to lodge their settlement conference statements with your chambers. None of the parties will be

4301 ANCHOR PLAZA PARKWAY, SUITE 300
TAMPA, FL 33634
T: 813.289.0700 F: 813.289.9435

WWW.FORIZS-DOGALI.COM

200 NW 52ND AVENUE
OCALA, FL 34482
T: 352.873.4141 F: 352.873.4855

prejudiced by an extension, as each shall have the same time and opportunity to present its papers and supplemental statements to the Court.

Respectfully submitted,

Andy Dogali

AABD/cdf

cc:   all counsel via ECF notification

Dated: 9/19/12



IT IS SO ORDERED
Judge Joseph C. Spero