A. ANDERSON B. DOGALI (*Pro Hac Vice*)
adogali@forizs-dogali.com
BARBARA U. UBEROI (California SBN 208389)
buberoi@foriza-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634
Telephone: (813) 289-0700
Facsimile: (813) 289-9435

EUGENE FELDMAN (California SBN 118497)
genefeldman@mindspring.com
EUGENE FELDMAN, ATTORNEY AT LAW, APC
555 Pier Avenue, Suite 4
Hermosa Beach, CA 90254
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI RAYBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br><br><br><br><br>GYMBOREE PLAY PROGRAMS, INC., and GYMBOREE OF VALENCIA,<br><br>Defendants.     / | CASE NO. CV 11-4386 CRB<br><br><br>[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO FILE REDACTED VERSION OF GYMBOREE VALENCIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND SUPPORTING DOCUMENTS<br><br>Complaint filed: September 1, 2011 |

Upon stipulation of the parties, and good cause appearing therefore, the Court

hereby grants the *Amended Stipulation to File Redacted Version of Gymboree*

*Valencia's Motion to Dismiss First Amended Complaint and Supporting Documents*

PAGE 1
[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO
FILE REDACTED VERSION OF GYMBOREE VALENCIA'S MOTION
TO DISMISS FIRST AMENDED COMPLAINT AND SUPPORTING DOCUMENTS
Case No.: CV 11-4386 CRB

1094

filed by Defendant Gymboree of Valencia by its Corporate Owner SVC Kids, Inc. and

order the Clerk to seal the originally filed Motion to Dismiss and substitute the pleadings

as requested therein.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October _4_, 2012



Honorable
United

IT IS SO ORDERED

Judge Charles R. Breyer

Submitted by:

A. ANDERSON B. DOGALI (*Pro Hac Vice*)
adogali@forizs-dogali.com
BARBARA U. UBEROI (California SBN 208389)
buberoi@forizs-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634
Telephone: (813) 289-0700
Facsimile: (813) 289-9435

EUGENE FELDMAN (California SBN 118497)
genefeldman@mindspring.com
EUGENE FELDMAN, ATTORNEY AT LAW, APC
555 Pier Avenue, Suite 4
Hermosa Beach, CA 90254
*Attorneys for Plaintiff*

PAGE 2
[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO
FILE REDACTED VERSION OF GYMBOREE VALENCIA'S MOTION
TO DISMISS FIRST AMENDED COMPLAINT AND SUPPORTING DOCUMENTS
Case No.: CV 11-4386 CRB

1094