A. ANDERSON B. DOGALI (*Pro Hac Vice*)
adogali@forizs-dogali.com
BARBARA U. UBEROI (California SBN 208389)
buberoi@foriza-dogali.com
FORIZS & DOGALI, P.A.
4301 Anchor Plaza Parkway, Suite 300
Tampa, Florida 33634
Telephone: (813) 289-0700
Facsimile: (813) 289-9435

EUGENE FELDMAN (California SBN 118497)
genefeldman@mindspring.com
EUGENE FELDMAN, ATTORNEY AT LAW, APC
555 Pier Avenue, Suite 4
Hermosa Beach, CA 90254
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI RAYBURN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br><br><br><br><br><br>GYMBOREE PLAY PROGRAMS, INC., and GYMBOREE OF VALENCIA,<br><br>Defendants.          / | CASE NO. CV 11-4386 CRB<br><br>[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO FILE REDACTED VERSION OF GYMBOREE VALENCIA'S MOTION TO DISMISS FIRST AMENDED COMPLAINT AND SUPPORTING DOCUMENTS<br><br>Complaint filed: September 1, 2011 |

Upon stipulation of the parties, and good cause appearing therefore, the Court hereby grants the *Amended Stipulation to File Redacted Version of Gymboree Valencia's Motion to Dismiss First Amended Complaint and Supporting Documents*

PAGE 1
[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO
FILE REDACTED VERSION OF GYMBOREE VALENCIA'S MOTION
TO DISMISS FIRST AMENDED COMPLAINT AND SUPPORTING DOCUMENTS
Case No.: CV 11-4386 CRB

1094

1  filed by Defendant Gymboree of Valencia by its Corporate Owner SVC Kids, Inc. and
2  order the Clerk to seal the originally filed Motion to Dismiss and substitute the pleadings
3
4  as requested therein.
5      PURSUANT TO STIPULATION, IT IS SO ORDERED.
6
7  Dated: October _4_, 2012
8
9                    Hono
10                   Unite



13 Submitted by:

_/s/ B. Uberoi_
16 A. ANDERSON B. DOGALI (*Pro Hac Vice*)
   adogali@forizs-dogali.com
17 BARBARA U. UBEROI (California SBN 208389)
   buberoi@forizs-dogali.com
18 FORIZS & DOGALI, P.A.
19 4301 Anchor Plaza Parkway, Suite 300
20 Tampa, Florida 33634
   Telephone: (813) 289-0700
21 Facsimile: (813) 289-9435
22
23 EUGENE FELDMAN (California SBN 118497)
   genefeldman@mindspring.com
24 EUGENE FELDMAN, ATTORNEY AT LAW, APC
25 555 Pier Avenue, Suite 4
   Hermosa Beach, CA 90254
26 *Attorneys for Plaintiff*
27
28

PAGE 2
[PROPOSED] ORDER GRANTING AMENDED STIPULATION TO
FILE REDACTED VERSION OF GYMBOREE VALENCIA'S MOTION
TO DISMISS FIRST AMENDED COMPLAINT AND SUPPORTING DOCUMENTS
Case No.: CV 11-4386 CRB

1094