| | |
|---|---|
| 1 | ANDY DOGALI *(Pro Hac Vice)* |
| | adogali@forizs-dogali.com |
| 2 | BARBARA U UBEROI (California SBN 208389) |
| | buberoi@forizs-dogali.com |
| 3 | FORIZS & DOGALI, P.A. |
| 4 | 4301 Anchor Plaza Parkway, Suite 300 |
| | Tampa, FL 33634 |
| 5 | (813) 289-0700 |
| | (813) 289-9435 |
| 6 | |
| 7 | EUGENE FELDMAN (California SBN 118497) |
| | genefeldman@mindspring.com |
| 8 | EUGENE FELDMAN, ATTORNEY AT LAW, APC |
| | 555 Pier Avenue, Suite 4 |
| 9 | Hermosa Beach, CA 90254 |
| 10 | *Attorneys for Plaintiffs and Class Plaintiffs* |

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEIDI RAYBURN, individually, and on behalf of all others similarly situated, | Case No.: No. CLASS ACTION COMPLAINT CV 11-04386 CRB |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE WITH PROPOSED ORDER** |
| GYMBOREE PLAY PROGRAMS, INC. and GYMBOREE OF VALENCIA, | **LOCAL RULE 7-12; FRCP 41(a)(1)(A)(ii)** |
| Defendants. | |

COMES NOW, Plaintiff HEIDI HEINRICH neé HEIDI RAYBURN, individually, and on behalf of all others similarly situated, and defendants GYMBOREE PLAY PROGRAMS, INC. and GYMBOREE OF VALENCIA by its Corporate Owner SVC Kids, Inc. and hereby stipulate and agree that the above entitled action, in its entirety, be discontinued and dismissed with prejudice. The parties have settled this action in its entirety pursuant to a written agreement.

///

///

///

**1**

| | | |
|---|---|---|
| Date: October 18, 2012 | | FORIZS & DOGALI, PA<br>A. ANDERSON B. DOGALI<br>BARBARA U. UBEROI |

By: /s/ Barbara U. Uberoi
BARBARA U. UBEROI, ESQ.
Attorneys for Plaintiff

Date: October 18, 2012                EUGENE FELDMAN, ATTORNEY AT LAW, APC

By: */s/* Eugene Feldman
EUGENE FELDMAN, ESQ.
Attorney for Plaintiff

Date: October 18, 2012                JEFFER MANGELS BUTLER & MITCHELL LLP
                                       MARTIN H. ORLICK
                                       MATTHEW S KENEFICK

By */s/* Martin H. Orlick
MARTIN H. ORLICK, ESQ.
Attorney for Defendant, Gymboree Play Programs, Inc.

Date October 18, 2012                 BARABAN & TESKE

By */s/* James S. Link
JAMES S. LINK, ESQ.
Attorney for Defendant, Gymboree of Valencia by its
Corporate Owner SVC Kids, Inc.

CONTINUED ON NEXT PAGE

2
**STIPULATION FOR DISMISSAL WITH PREJUDICE WITH PROPOSED ORDER**
Heidi Rayburn, et al, v. The Gymboree Corporation, et al., Civ. Action No. CV-11-4386 CRB

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the action is dismissed with prejudice in its entirety.

Dated: October 25, 2012



_____
Honorable Charles R. Breyer
United States District Judge

**ATTESTATION**

In accordance with Civil Local Rules Rule 5-1(a)(i), the filer of this document hereby attests that concurrence in the filing of this document has been obtained from each of the signatories listed above.

Date: October 18, 2012

FORIZS & DOGALI, PA
A. ANDERSON B. DOGALI
BARBARA U. UBEROI

By: /s/ Barbara U. Uberoi
BARBARA U. UBEROI
Attorneys for Plaintiff